AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of

A business located at 1748 W. 92nd Ave., Federal Heights, Colorado 80260; including all computers, phones, closed and locked containers therein that have been associated with their alleged drug trafficking and money laundering activities,

more fully described in Attachment A, attached hereto.

)
)
)
)
)
)
)
)
)
)
)

Case No.   20-sw-00185-MEH

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:28 am, Feb 19, 2020*
**JEFFREY P. COLWELL, CLERK**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___State and___ District of ___Colorado___ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___February 25, 2020___ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Michael Hegarty___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30).*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __02/11/2020, 2:30 pm__                 *Michael E. Hegarty*
                                                                                            *Judge's Signature*

City and state:   ___Denver, CO___                           Michael Hegarty
                                                              United States Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 245C-DN-3034188 | 2-12-20  0800 | At 1748 W. 92nd Ave., Federal Heights, Co |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

See Attached

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-13-2020

_Executing officer's signature_

Marc A. Soto / Special Agent
_Printed name and title_

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
1748 W 92nd Ave,
Denver, CO 80260
Envios La Paz (MSB)

**Investigation Number:**
1000302906
**Starting Date and Time:**
02/12/2020 08:10 AM
**Ending Date and Time:**
02/12/2020 11:56 AM

**Report Date:**
Wednesday, February 12, 2020

---

**Control #:** 1
**Location:**
**Found:**
**Description:** Not Used
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Kitchen
**Found:** kitchen cabinet
**Description:** Seized per Warrant   2 invoices with a batter (AA) attached to one of them
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 3
**Location:** Office
**Found:** inside the safe
**Description:** Seized per Warrant   currency wraped in plastic, wraped inside "Colorado Green Solution" envelope
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 4
**Location:** Office
**Found:** In laptop bag on stool in front of desk
**Description:** Seized per Warrant   6 Western Union USB Flash Drives
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 5
**Location:** Cash register area
**Found:** Front Counter, Terminal 1
**Description:** Seized per Warrant   Desll WYSE 5070 Desktop SN: 1PVQ7X2
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 6
**Location:** West side main area
**Found:** Counter, bottom shelf
**Description:** Seized per Warrant   9 envelopes full of recent money transfer receipts (2020)
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 7
**Location:** Office
**Found:** in laptop bag on stool in front of desk
**Description:** Seized per Warrant   HP Envy 360 Convertible Model: 15m-ds0011dx; s/n: 8CG9416C4N
**Evidence Box:** 2
**Locator Code:**

| Control #: | 8 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Mounted on the wall | | |
| Description: | Seized per Warrant | DVR (surveillance), GeoVision, Model: GV-SNVR0811 S/N: 0013E2FD0AEE | |

| Control #: | 9 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter terminal 3 | | |
| Description: | Seized per Warrant | Lenovo Think Centre M92p Desktop; sn: MJ304XH | |

| Control #: | 10 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter, Terminal 6 | | |
| Description: | Seized per Warrant | HP Compaq 8200 Desktop; sn 2UA2050SMC | |

| Control #: | 11 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | 3rd level of shelving unit | | |
| Description: | Seized per Warrant | Apple Ipad mini Model: A1432; s/n F4NK7QNMF198 | |

| Control #: | 12 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Terminal 5 | | |
| Description: | Seized per Warrant | Dell Optiplex 3060 Micro Desktop SN: 23JK9W2 | |

| Control #: | 13 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter, Terminal 4 | | |
| Description: | Seized per Warrant | Lenovo Think Centre M72e; SN: MJ22DMR | |

| Control #: | 14 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter, Terminal 2 | | |
| Description: | Seized per Warrant | Lenovo Ideacentre all-in-one; SN: YJ00EWFX with charger | |

| Control #: | 15 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter, Terminal 7 | | |
| Description: | Seized per Warrant | HP Compaq 8200 Elite Desktop; SN: 2UA2170171 with charger | |

| Control #: | 16 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Front Counter in desk drawer under Terminal 2 | | |
| Description: | Seized per Warrant   3 mobile phones: 1 - LG, 2nd - Samsung, 3rd - Motorola | | |

| Control #: | 17 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | top drawer cabinet under printer | | |
| Description: | Seized per Warrant   vehicle titles and miscellaneous documents | | |

| Control #: | 18 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Cash register area | Locator Code: | |
| Found: | Terminal 2 | | |
| Description: | Seized per Warrant   receipts from the bin "Entra Mex" | | |

| Control #: | 19 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Under desk | | |
| Description: | Seized per Warrant   Dell Inspiron 3847; s/n: 6QXW082 | | |

| Control #: | 20 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant   receipts from "Sigve" bin | | |

| Control #: | 21 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant   receipts from "Dinex" bin | | |

| Control #: | 22 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant   receipts from "Intercambio" bin | | |

| Control #: | 23 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant   "Bills to be paid" | | |

| Control #: | 24 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant   "Recipts" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   "Maxi" receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   "Intermex" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   receipts "La Nacional" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   receipts "Enramex" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   receipts "Viago" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 1 |
| **Location:** | West side main area | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant   receipts "Guallito" | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 1 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | on top of the printer | | |
| **Description:** | Seized per Warrant   Enramex transactions | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 1 |
| **Location:** | Cash register area | **Locator Code:** | |
| **Found:** | Terminal 1 | | |
| **Description:** | Seized per Warrant   receipt | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 1 |
| **Location:** | Cash register area | **Locator Code:** | |
| **Found:** | Terminal 2 | | |
| **Description:** | Seized per Warrant   "Intercambio" receipts | | |

| Control #: | 34 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 5 | | | |
| Description: | Seized per Warrant | receipts "Intermex" | | |

| Control #: | 35 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 4 | | | |
| Description: | Seized per Warrant | Receipts "Maxi" | | |

| Control #: | 36 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 6 | | | |
| Description: | Seized per Warrant | receipts from "La Nacional" | | |

| Control #: | 37 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 6 | | | |
| Description: | Seized per Warrant | receipts "Omnex Gallito" | | |

| Control #: | 38 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 7 | | | |
| Description: | Seized per Warrant | receipts "Dinex" | | |

| Control #: | 39 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 7 | | | |
| Description: | Seized per Warrant | "Vigo" receipts | | |

| Control #: | 40 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Trashcan | | | |
| Description: | Seized per Warrant | various receipts and documents | | |

| Control #: | 41 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Box to the right of desk | | | |
| Description: | Seized per Warrant | Tax documents, vehicle records, financial account statements, invoices receipts | | |

| Control #: | 42 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | Terminal 4 | | | |
| Description: | Seized per Warrant | Black portfolio of documents | | |

| Control #: | 43 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | top shelf | | |
| Description: | Seized per Warrant   vehicle docs - insurance 2019 Chevy Silverado | | |

| Control #: | 44 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | Middle shelf | | |
| Description: | Seized per Warrant   docs re: 1993 Ford Ranger | | |

| Control #: | 45 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | West side main area | Locator Code: | |
| Found: | corner counter bottom shelf | | |
| Description: | Seized per Warrant   vehicle docs - 97 Ford Explorer | | |

| Control #: | 46 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | on top of printer | | |
| Description: | Seized per Warrant   DL photo and various fin docs | | |

| Control #: | 47 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | top right desk drawer | | |
| Description: | Seized per Warrant   intermex receipt, Bryan Rodrigyez DL copy | | |

| Control #: | 48 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | left desk drawer | | |
| Description: | Seized per Warrant   Xcel statement Envios | | |

| Control #: | 49 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | laptop bag | | |
| Description: | Seized per Warrant   Fentanyl test strip | | |

| Control #: | 50 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | on the floor | | |
| Description: | Seized per Warrant   Enramex money transfer | | |

| Control #: | 51 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | shelves | | |
| Description: | Seized per Warrant   Poeblito mortgage statement, deposity slip | | |

| Control #: | 52 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | top of desk | | | |
| Description: | Seized per Warrant | US Bank deposit slip, Dinex statement, Omnex Group, Vigo Statement | | |

| Control #: | 53 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | West side main area | | Locator Code: | |
| Found: | back shelf | | | |
| Description: | Seized per Warrant | Deposits & Compliance Manuals | | |

| Control #: | 54 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | On fax machine | | | |
| Description: | Seized per Warrant | Dinex statements | | |

| Control #: | 55 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | top of desk | | | |
| Description: | Seized per Warrant | "Reports y Tip De Gambio" | | |

| Control #: | 56 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | desk - top right | | | |
| Description: | Seized per Warrant | Receipts | | |

| Control #: | 57 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Cash register area | | Locator Code: | |
| Found: | top of desk | | | |
| Description: | Seized per Warrant | Inter Gambio Docs | | |

| Control #: | 58 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | File cabinet | | | |
| Description: | Seized per Warrant | envelopes (36) with receipts (2019) | | |

| Control #: | 59 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Office | | Locator Code: | |
| Found: | file cabinet | | | |
| Description: | Seized per Warrant | drawes marked deposits by month | | |